# Court of Appeals
# of the State of Georgia

ATLANTA,  November 27, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0021. ELEANOR HARISON TAYLOR v. PHIL S. HARISON, JR. et al.**

The Appellant/Petitioner's Emergency Motion To Extend The Time For Filing An Application To Appeal, filed in the above-styled case, is hereby DENIED. Court of Appeals Rule 30 (i) provides that no extension of time shall be granted to file interlocutory applications or responses to interlocutory applications.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  11/27/2017*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*